[828 NE2d 80, 795 NYS2d 164]

In the Matter of ANTHONY RAMIREZ, Respondent, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, Appellant, and ALADDIN LAMINATING, INC., Respondent.

Decided February 22, 2005

### APPEARANCES OF COUNSEL

*Michael K. Swirsky*, Bronx, and *Gina M. Lopez Summa* for appellant.

*J.L. Engram & Associates*, Bronx (*Jimmie Engram* of counsel), for Anthony Ramirez, respondent.

*Gary John Dmoch & Associates*, Flushing (*Gary J. Dmoch* of counsel), for Aladdin Laminating, Inc., respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be reversed, with

costs, and the judgment of Supreme Court dismissing the petition reinstated.

Documents that were part of the administrative record, and are part of the appeal before us, specifically detail conferences between the Division and petitioner, and demonstrate that a meaningful investigation of petitioner's complaint occurred. Based on that investigation, the Division's finding of no probable cause was not arbitrary, capricious or lacking a rational basis (*see Washington Sq. Inst. for Psychotherapy & Mental Health v New York State Human Rights Appeal Bd.*, 67 NY2d 699, 701 [1986]).

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH concur in memorandum.

On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order reversed, etc.